UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/09

---

ANT EUROPE LTD.,

        Plaintiff,

   -v-

DREAM BULK SHIPPING CO. LTD. and
H.UG. SHIPPING & TRADING, LTD. a/k/a
H.UG. DENIZCILIK TURIZM INSAAT VE
TAS.SAN ve TIC. LTD. STI,

        Defendants.

No. 08 Civ. 8458 (RJS)
ORDER

---

RICHARD J. SULLIVAN, District Judge:

The Court conducted a conference in this matter on February 20, 2009, which was attended

by counsel for both Plaintiff and Defendant H.Ug. Shipping & Trading, Ltd. ("H.Ug.").

For the reasons stated at the conference, IT IS HEREBY ORDERED THAT the Court's

October 2, 2008 Order directing that a Writ of Maritime Attachment and Garnishment be issued, as

well as the Writ issued by the Clerk of the Court pursuant thereto, is terminated and shall no longer

be served on garnishees in this District.  Plaintiff may apply for a new Writ if facts or circumstances

arise causing it to believe that the conditions of Rule B are met in this action with respect to either

Defendant.

In addition, the Court adopts the following schedule:

By March 2, 2009, Plaintiff shall file and serve its opposition to H.Ug.'s pending
motion.

By March 4, 2009, H.Ug. shall file and serve its reply, if any.

On March 9, 2009 at 9:15 a.m., the Court will conduct a conference regarding the
pending motion.

SO ORDERED.

Dated:     February 20, 2009
          New York, New York

                            RICHARD J. SULLIVAN
                            UNITED STATES DISTRICT JUDGE